| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | SUZANNE M. DeBERRY (CABN 259455)<br>Special Assistant United States Attorney |
| 5 | 150 South Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 6 | Telephone: (408) 535-5588<br>Facsimile: (408) 535-5066 |
| 7 | suzanne.deberry2@usdoj.gov |
| 8 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-00176 JF |
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S REQUEST TO DISMISS INFORMATION;** [~~PROPOSED~~] **ORDER** |
| JOSE LOPEZ, | ) | |
| Defendant. | ) | |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing without prejudice the above-captioned Information (CR 11-00176 JF).  The facts supporting this request are as follows:

Defendant was initially charged by Information numbered CR 11-00176 JF.  On March 31, 2011, Defendant was charged by another Information, CR 11-00193 LHK, and was arraigned on that Information the same day.  Accordingly, the Information numbered CR 11-00176 JF is duplicative.

1  Accordingly, the government respectfully requests that the above-captioned
2  Information (CR 11-00176 JF) be dismissed without prejudice.
3
4  DATED: April 5, 2011                                  Respectfully submitted,
5
6                                                         MELINDA HAAG
                                                          United States Attorney
7
8                                                              /S/
                                                          SUZANNE M. DeBERRY
9                                                         Special Assistant United States Attorney
10
11
12
13
14
15                              **ORDER**
16  Upon application of the United States, and good cause having been shown therefor,
17  **IT IS HEREBY ORDERED** that the above-captioned Information (CR 11-00176 JF)
18  is DISMISSED WITHOUT PREJUDICE.
19
20  DATE: 6/8/11
21
                                                          JEREMY FOGEL
22                                                        United States District Court Judge
23
24
25
26

2